Cyrus Safa
Attorney at Law: 13241
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
ROGER H. HALDE

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROGER H. HALDE, | Case No.: 2:16-cv-01042-JAD-CWH |
| Plaintiff, | UNOPPOSED REQUEST TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

Plaintiff Roger J. Halde ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Reversal and/or Remand to January 19, 2017; and that Defendant shall have 30 days or until February 20, 2017, to file her opposition, if any is forthcoming. Any reply by plaintiff will be due February 27, 2017.

-1-

1  A final extension of time for plaintiff is needed. As the Court is aware, the
2 spouse of the associate in Counsel's firm who this matter is assigned, recently passed
3 away. Due to the press of the holidays and the need to find a caregiver and the
4 required time to acclimate his children to his absence to meet his professional
5 obligations, Counsel required the additional time to prepare and file the motion.
6  Counsel for defendant has indicated via email no opposition to the request.
7  Counsel sincerely apologizes to the court for any inconvenience this may
8 have had upon it or its staff.

9 DATE: January 19, 2017,    Respectfully submitted,

10                             ROHLFING & KALAGIAN, LLP

11                             /s/ Cyrus Safa
                          BY: _____
12                             Cyrus Safa
                              Attorney for plaintiff ROGER H. HALDE
13

14 DATED:  January 19, 2017   Daniel G. Bogden
                              United States Attorney
15
                              */S/   Sharon Lahey
16                             _____
17                             Sharon Lahey
                              Special Assistant United States Attorney
18                             Attorney for Defendant
                              [*Via email authorization]
19

20                             IT IS SO ORDERED:

21                             _____
                              UNITED STATES MAGISTRATE JUDGE
22
                                          January 20, 2017
23                             DATED:_____

24

25

26