# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Roger J. Halde,<br><br>    Plaintiff<br><br>v.<br><br>Carolyn W. Colvin, Acting Commissioner of Social Security,<br><br>    Defendant | Case No.: 2:16-cv-01042-JAD-CWH<br><br>**Order Adopting Report and Recommendation, Granting and Denying Motions, and Dismissing Case**<br><br>**[ECF Nos. 17, 20, 22]** |

Roger Halde moves to reverse and remand the Commissioner of Social Security's decision denying his application for disability insurance benefits under Title II of the Social Security Act.[1] The Commissioner filed a cross-motion to affirm.[2] Magistrate Judge Bill Hoffman recommends that Halde's motion be denied and the Commissioner's cross-motion be granted.[3]

The report and recommendation was entered April 25, 2017, making May 9, 2017, the deadline to file an objection. Halde has not filed any objection to the report and recommendation. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[4]

Accordingly, with good cause appearing and no reason to delay, IT IS HEREBY ORDERED that Judge Hoffman's report and recommendation **[ECF No. 22] is ACCEPTED and ADOPTED**; Halde's motion for reversal and remand **[ECF No. 17] is DENIED**; the Commissioner's cross-motion to affirm **[ECF No. 20] is GRANTED**; and Halde's claims are **DISMISSED**. The Clerk of

---

[1] ECF No. 17.

[2] ECF No. 20.

[3] ECF No. 22.

[4] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Court is directed to enter judgment accordingly and **CLOSE THIS CASE**.

DATED May 16, 2017.

_____
Jennifer A. Dorsey
United States District Judge