# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ROGER J. HALDE

              Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security

              Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:16-cv-01042-JAD-CWH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of plaintiff that fees and expenses in the amount of $6,000.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $905.00 be awarded

| | |
|---|---|
| July 16, 2018 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ J. Matott |
| | Deputy Clerk |